# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL NICHOLAS**                                         **PLAINTIFF**

**VS.**              **No. 3:25-cv-00218 PSH**

**COMMISSIONER,**
    **Social Security Administration**                        **DEFENDANT**

## ORDER

Plaintiff Michael Nicholas ("Nicholas") filed an unopposed motion to dismiss this case, stating that the case was a duplicate of *Nicholas v. Commissioner*, Case No. 3:25-cv-00222 BBM. Nicholas indicates opposing counsel has no objections to dismissal. Since opposing counsel has not filed an answer or motion for summary judgment Nicholas' motion for voluntary dismissal (Doc. No. 9) is granted without prejudice. Fed. R. Civ. P. 41.

IT IS SO ORDERED this 8th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE