# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL NICHOLAS**                                                                 **PLAINTIFF**

VS.                          No. 3:25-cv-00218 PSH

**COMMISSIONER,**
     Social Security Administration                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed without prejudice.

DATED this 8th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE